IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW D. HARNEY, | No. C 08-5493 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| vs. | **ORDER TO SHOW CAUSE** |
| SAN FRANCISCO POLICE DEPT., et al., | |
| Defendant(s). | |

On January 7, 2009, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*. and ordered the United States Marshal for the Northern District of California to serve the complaint upon all defendants. (Dkt. #7.) On January 9, 2009, the Clerk requested that Plaintiff provide Defendants' addresses for proper service. (Dkt. #8.) Plaintiff failed to respond to the Clerk's request, and he has made no further appearances in this case. Accordingly, the Court hereby VACATES the March 19, 2009 Case Management Conference and ORDERS Plaintiff Mathew Harney to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by March 26, 2009, and the Court shall conduct a hearing on April 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 16, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATHEW D. HARNEY,

        Plaintiff,

  v.

SAN FRANCISCO POLICE DEPT., et al.,

        Defendant.

Case Number: CV08-5493 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Douglas Harney
290 Divisadero Street
San Francisco, CA 94117

Dated: March 16, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2