IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW D. HARNEY, | No. C 08-5493 MEJ |
| Plaintiff(s), | **ORDER VACATING ORDER TO SHOW CAUSE** |
| vs. | **ORDER FOR PLAINTIFF TO PROVIDE ALL ADDRESSES BY APRIL 16, 2009** |
| SAN FRANCISCO POLICE DEPT., et al., | |
| Defendant(s). | |

On April 9, 2009 the Court conducted an order to show case hearing regarding Plaintiff Mathew Harney's failure to comply with court orders and provide defendants' addresses for service. Good cause appearing, the Court hereby VACATES the order to show cause. Plaintiff shall provide the Clerk of Court with that current address for each defendant named in his complaint by April 16, 2009. For Plaintiff's convenience, a copy of the Clerk's original request is included with this mailing. Upon service of all named defendants, the Court shall schedule a c.m.c.

**IT IS SO ORDERED.**

Dated: April 9, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATHEW D. HARNEY,

        Plaintiff,

v.

SAN FRANCISCO POLICE DEPT., et al.,

        Defendant.

Case Number: CV08-5493 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Douglas Harney
290 Divisadero Street
San Francisco, CA 94117

Dated: April 9, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2