IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW D. HARNEY, | No. C 08-5493 MEJ |
| Plaintiff(s), | **THIRD ORDER FOR PLAINTIFF TO PROVIDE ALL ADDRESSES** |
| vs. | |
| SAN FRANCISCO POLICE DEPT., et al., | |
| Defendant(s). | |

On April 9, 2009 the Court conducted an order to show case hearing regarding Plaintiff Mathew Harney's failure to comply with court orders and provide defendants' addresses for service. Based on discussions at the hearing, the Court granted Plaintiff a second opportunity to comply and ordered him to provide the Clerk of Court with the current address for each defendant named in his complaint by April 16, 2009. Plaintiff has failed to comply with this order. As he has now had two opportunities to provide the addresses for service, and the case cannot proceed without the defendants being properly served, the Court shall permit Plaintiff a final opportunity to comply with this procedural requirement. Accordingly, the Court hereby ORDERS Plaintiff to provide the Clerk of Court with the current address for each defendant named in his complaint. Plaintiff shall provide the addresses by May 14, 2009. Failure to comply with this Order shall result in the dismissal of Plaintiff's complaint for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 30, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATHEW D. HARNEY,

        Plaintiff,

v.

SAN FRANCISCO POLICE DEPT., et al.,

        Defendant.

Case Number: CV08-5493 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Douglas Harney
290 Divisadero Street
San Francisco, CA 94117

Dated: April 30, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2